UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

--------------------------------X

LINDA LALONDE, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

TEXTRON, INC., TEXTRON SAVINGS PLAN, TEXTRON SAVINGS PLAN COMMITTEE, JOHN DOES 1-10, being members of THE TEXTRON SAVINGS PLAN COMMITTEE during the Class Period and PUTNAM FIDUCIARY TRUST COMPANY,

Defendants.

--------------------------------X

C.A. No. 02-334

--------------------------------X

MICHELLE A. SIMON-GRECH, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

TEXTRON, INC., TEXTRON SAVINGS PLAN, TEXTRON SAVINGS PLAN COMMITTEE, JOHN DOES 1-10, being members of THE TEXTRON SAVINGS PLAN COMMITTEE during the Class Period and PUTNAM FIDUCIARY TRUST COMPANY,

Defendants.

--------------------------------X

C.A. No. 02-491

FILED
JUN 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

7/5/05: GRANTED. [signature] USMJ

Referred to U.S.M.J. [signature]
☐ for findings & recommendations
☑ for determination
☐
William E. Smith, U.S. District Judge
Date: 7/5/05

**PLAINTIFFS' MOTION FOR EXTENSION**
**OF PAGE LIMITATIONS FOR REPLY MEMORANDUM**

Plaintiffs hereby move pursuant to Amended General Order No. 2002-01(2) allowing plaintiffs to file a Reply Memorandum In Further Support Of Plaintiffs' Motion For Class Certification of up to 20 pages in length, although it is anticipated that the reply will only be 16 pages in length. There is good cause for this request inasmuch as the Objection filed by the defendants in opposition to plaintiffs' Motion For Class certification raised numerous complex issues. Defendants' counsel, Mitchell Karlan, Esq. of Gibson Dunn has consented to an extension up to 20 pages subject to the Order of the Court.

WHEREFORE, the Plaintiffs request the relief sought.

Dated: June 28, 2005

David J. Strachman

David J. Strachman (#4404)
McINTYRE, TATE, LYNCH &
HOLT, LLP
Suite 400
321 South Main Street
Providence, Rhode Island 02903
Tel: 401-351-7700
Fax: 401-331-6095

Lee Squitieri (admitted pro hac vice)
SQUITIERI & FEARON, LLP
32 East 57th Street
12th Floor
New York, New York 10022
Tel: 212-421-6492

LAW OFFICES OF CHARLES J. PIVEN
P.A.
Charles J. Piven, Esq.
The World Trade Center
401 East Pratt Street - Suite 2525
Baltimore, Maryland 21202
Tel: 410-332-0030

Joe R. Whatley, Jr., Esq.
WHATLEY DRAKE LLC
2323 2nd Avenue North
Birmingham, Alabama 35203
Tel: 205-328-9576

Kenneth A. Wexler, Esq.
THE WEXLER FIRM
One North LaSalle Street
Chicago, Illinois 60602
Tel: 312-346-2022

Counsel for Plaintiffs and the Class

CERTIFICATION

I hereby certify that on the 29 day of June, 2005, I mailed a true copy of the within to:

John A. Tarantino
Paul V. Curcio
ADLER POLLOCK & SHEEHAN
One Citizens Plaza
Providence, RI 02903

Mitchell A. Karlan
Aric H. Wu
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, NY 10166

William J. Kilberg, Esquire
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036

Karl G. Nelson, Esquire
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201

Karen Beaton, Esquire
Joseph V. Cavanagh, Esquire
BLISH & CAVANAGH
30 Exchange Terrace
Providence, RI 02903

James S. Dittmar, Esquire
James O. Fleckner, Esquire
GOODWIN PROCTOR LLP
Exchange Place
53 State Street
Boston, MA 02109

Donna R Collins