UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUL 06 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

LINDA L. LALONDE, individually and on behalf of all others similarly situated,

v.

TEXTRON INC., TEXTRON SAVINGS PLAN COMMITTEE, AND JOHN DOES 1-10

C.A. No. 02-334S

---

MACHELLE SIMON-GRECH, individually and on behalf of all others similarly situated,

v.

TEXTRON INC., TEXTRON SAVINGS PLAN COMMITTEE, AND JOHN DOES 1-10

C.A. No. 02-491S

7/7/05: GRANTED, VSMS

## DEFENDANT'S MOTION FOR EXTENSION OF TIME

Defendant Textron Inc. respectfully requests that its time to file reply papers in further support of its cross-motion for summary judgment be extended one week to July 18, 2005. Counsel for plaintiffs has consented to this extension of time.

Dated: July 5, 2005

ADLER POLLOCK & SHEEHAN P.C.

By: [signature]
John A. Tarantino (#2586)
Paul V. Curcio (#1965)

One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☒ for determination
☐ ____________
William E. Smith, U.S. District Judge
Date: 7/6/05