UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LINDA L. LALONDE, individually and on behalf of all others similarly situated,

v. C.A. No. 02-334S

TEXTRON INC., TEXTRON SAVINGS PLAN COMMITTEE, AND JOHN DOES 1-10

---

MACHELLE SIMON-GRECH, individually and on behalf of all others similarly situated,

v. C.A. No. 02-491S

TEXTRON INC., TEXTRON SAVINGS PLAN COMMITTEE, AND JOHN DOES 1-10

FILED
JUL 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**DEFENDANT'S MOTION TO EXCEED PAGE LIMITATION**

On July 18, 2005, defendant Textron Inc. ("Textron") will file reply papers in support of its cross-motion for summary judgment. Pursuant to Local Rule 12(a) and Amended General Order #2002-01, Textron hereby moves this Court for an order permitting it to file (1) a reply memorandum of law of up to 10 pages in length (exclusive of the table of contents, table of authorities, signature page and certificate of service); and (2) a supplemental appendix of exhibits with approximately 2 pages of exhibits. This case involves complex matters of law, and the parties have been engaged in document and deposition discovery. Defendants intend to address the record developed in discovery. In order to properly address the bases for its cross-motion for summary judgment with sufficient detail and clarity, Textron respectfully requests that the Court grant its motion.

WHEREFORE, defendant requests the relief sought.

Dated: Providence, Rhode Island
July 14, 2005

Respectfully submitted,

ADLER POLLOCK & SHEEHAN P.C.

By: Paul V. Curcio /jo
John A. Tarantino (#2586)
Paul V. Curcio (#1965)

One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607

GIBSON, DUNN & CRUTCHER LLP
Mitchell A. Karlan (*pro hac vice*)
Aric H. Wu (*pro hac vice*)
200 Park Avenue
New York, New York 10166
Tel: (212) 351-4000
Fax: (212) 351-4035

GIBSON, DUNN & CRUTCHER LLP
William J. Kilberg (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel: (202) 955-8500
Fax: (202) 530-9559

GIBSON, DUNN & CRUTCHER LLP
Karl G. Nelson (*pro hac vice*)
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Tel: (214) 698-3100
Fax: (214) 571-2945

Attorneys for Defendant Textron Inc

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of July, 2005, I caused a true copy of the within to be served by first-class mail, postage prepaid, to:

*Counsel for Plaintiffs*:

David J. Strachman
McIntyre, Tate, Lynch & Holt, LLP
321 South Main Street, Suite 400
Providence, RI 02903

Lee Squitieri, Esq.
Squitieri & Fearon, LLP
32 East 57th Street, 12th Floor
New York, NY 10022

Charles J. Piven, Esq.
Law Offices of Charles J. Piven P.A.
The World Trade Center
401 East Pratt Street – Suite 2525
Baltimore, MD 21202

Joe R. Whatley, Jr., Esq.
Whatley Drake LLC
2323 2nd Avenue North
Birmingham, AL 35203

Kenneth A. Wexler, Esq.
Kenneth A. Wexler & Associates
One North LaSalle Street
Chicago, IL 60602
Tel: (312) 346-2222

*Co-Counsel for Defendant Textron Inc.*:

Mitchell A. Karlan, Esq.
Aric H. Wu, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY 10166

William J. Kilberg, Esq.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036

Karl G. Nelson, Esq.
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201

GRANTED
WESm
William E. Smith
U.S. District Judge
7/15/05

Shelley R. Zimmerman