7/19/05: DENIED FOR FAILURE TO COMPLY WITH LOCAL RULE 12(b) — NO CERTIFICATE OF SERVICE. USMJ

FILED
JUN 09 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LINDA LALONDE, individually and on behalf of all others similarly situated, Plaintiff, -against- TEXTRON, INC., TEXTRON SAVINGS PLAN, TEXTRON SAVINGS PLAN COMMITTEE, JOHN DOES 1-10, Defendants. | C.A. No. 02-334S |
| MICHELLE A. SIMON-GRECH, individually and on behalf of all others similarly situated, Plaintiff, -against- TEXTRON, INC., TEXTRON SAVINGS PLAN, TEXTRON SAVINGS PLAN COMMITTEE, JOHN DOES 1-10, Defendants. | C.A. No. 02-491S |

Referred to U.S.M.J. ~~Lovegreen~~ Almond
for findings & recommendation
for determination

William E. Smith, U.S. District Judge
Date 6/29/05

**PLAINTIFFS' MOTION AND MEMORANDUM OF LAW TO (1) AMEND DISCOVERY SCHEDULE AND (2) TO COMPEL PRODUCTION OF DOCUMENTS[1]**

## A. Introduction

Plaintiffs respectfully move for an amendment to the Pretrial Order fact discovery deadline (from June 22, 2005 to October 15, 2004) entered on November 2, 2004 ("Order"), to extend the time for completing document and deposition discovery until October 15, 2005 and for an Order compelling defendants to produce all non-privileged responsive documents to

---

1 This motion has been made within the time limit set forth in the Pretrial Order at ¶ 7.