MCINTYRE, TATE,
LYNCH & HOLT LLP

COUNSELLORS AT LAW

JERRY L. MCINTYRE †
DEBORAH MILLER TATE *Δ
WILLIAM J. LYNCH
WILLIAM F. HOLT
DAVID J. STRACHMAN *
ROBERT S. PARKER*

Also member
† New York Bar
* Massachusetts Bar
Δ Florida Bar

7/20/05: Plaintiffs' Motion is no longer before this Court as it has already been denied for noncompliance with Local Rule 12(d). Further, this Court is forced to conclude that this letter is ex parte since there is no indication (such as by c.c.) that a copy was sent to opposing counsel.

USMJ

July 20, 2005

The Honorable Magistrate Judge Lincoln D. Almond
United States District Court
for the District of Rhode Island
One Exchange Terrace
Providence, RI 02903

Re: **Linda Lalonde v. Textron, C.A. No. 02-334S**
**Michelle Simon-Grech v. Textron, Inc., C.A. No. 02-491S**

Dear Judge Almond:

We are the Rhode Island counsel for the Plaintiffs and the proposed class in the above captioned action. We are writing to inform the Court that the plaintiffs' and defendants' counsel in this action have agreed that defendants may have until August 2, 2005 to oppose Plaintiffs' Motion and Memorandum of Law to (1) Amend Discovery Schedule and (2) To Compel Production of Documents.

Enclosed is a certificate of service reflecting service upon the defendants' counsel of the motion originally filed on June 9, 2005 as well as a motion for permission for file exhibits in excess of 5 pages.

Sincerely,

David J. Strachman
dc

David J. Strachman

DJS/dc

Enclosures

SUITE 400 321 SOUTH MAIN STREET PROVIDENCE, RI 02903
401-351-7700 FAX 401-331-6095