UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA L. LALONDE, individually and on behalf of all others similarly situated, | : | |
| v. | : | C.A. No. 02-334S |
| TEXTRON INC., TEXTRON SAVINGS PLAN COMMITTEE, AND JOHN DOES 1-10 | : | |
| MACHELLE SIMON-GRECH, individually and on behalf of all others similarly situated, | : | |
| v. | : | C.A. No. 02-491S |
| TEXTRON INC., TEXTRON SAVINGS PLAN COMMITTEE, AND JOHN DOES 1-10 | : | |

**DEFENDANT'S MOTION TO EXCEED PAGE LIMITATION**

On August 4, 2005, defendant Textron Inc. ("Textron") will file its papers in objection to plaintiffs' motion to amend discovery schedule and compel production of documents. In order to properly address the bases for its objection to plaintiffs' motion with sufficient detail and clarity, Textron hereby moves this Court, pursuant to Amended General Order #2002-01, for an order permitting it to file an appendix with approximately 82 pages of exhibits.

WHEREFORE, defendant requests the relief sought.

Dated: August 3, 2005

Respectfully submitted,

ADLER POLLOCK & SHEEHAN P.C.

By: [signature]
John A. Tarantino (#2586)
Paul V. Curcio (#1965)

One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607

GIBSON, DUNN & CRUTCHER LLP
Mitchell A. Karlan (*pro hac vice*)
Aric H. Wu (*pro hac vice*)
200 Park Avenue
New York, New York 10166
Tel: (212) 351-4000
Fax: (212) 351-4035

GIBSON, DUNN & CRUTCHER LLP
William J. Kilberg (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel: (202) 955-8500
Fax: (202) 530-9559

GIBSON, DUNN & CRUTCHER LLP
Karl G. Nelson (*pro hac vice*)
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Tel: (214) 698-3100
Fax: (214) 571-2945

Attorneys for Defendant Textron Inc

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of August, 2005, I caused a true copy of the within to be served by first-class mail, postage prepaid, to:

[illegible]
McIntyre, Tate, Lynch & Holt, LLP
321 South Main Street, Suite 400
Providence, RI 02903

Lee Squitieri, Esq.
Squitieri & Fearon, LLP
32 East 57th Street, 12th Floor
New York, NY 10022

Charles J. Piven, Esq.
Law Offices of Charles J. Piven P.A.
The World Trade Center
401 East Pratt Street – Suite 2525
Baltimore, MD 21202

Joe R. Whatley, Jr., Esq.
Whatley Drake LLC
2323 2nd Avenue North
Birmingham, AL 35203

Kenneth A. Wexler, Esq.
Kenneth A. Wexler & Associates
One North LaSalle Street
Chicago, IL 60602
Tel: (312) 346-2222

[illegible]
Aric H. Wu, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY 10166

William J. Kilberg, Esq.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036

Karl G. Nelson, Esq.
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201

Shelley L. Zimmerman