UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LINDA L. LALONDE, individually and on behalf of all others similarly situated,

v. — C.A. No. 02-334S

TEXTRON INC., TEXTRON SAVINGS PLAN COMMITTEE, AND JOHN DOES 1-10

MACHELLE SIMON-GRECH, individually and on behalf of all others similarly situated,

v. — C.A. No. 02-491S

TEXTRON INC., TEXTRON SAVINGS PLAN COMMITTEE, AND JOHN DOES 1-10

## DEFENDANT'S MOTION TO EXCEED PAGE LIMITATION

On August 4, 2005, defendant Textron Inc. ("Textron") will file its papers in objection to plaintiffs' motion to amend discovery schedule and compel production of documents. In order to properly address the bases for its objection to plaintiffs' motion with sufficient detail and clarity, Textron hereby moves this Court, pursuant to Amended General Order #2002-01, for an order permitting it to file an appendix with approximately 82 pages of exhibits.

WHEREFORE, defendant requests the relief sought.

Dated: August 3, 2005

Respectfully submitted,

ADLER POLLOCK & SHEEHAN P.C.

By: [signature]
John A. Tarantino (#2586)
Paul V. Curcio (#1965)

One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607

ENTER [signature]
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 8|4|05