# UNITED STATES DISTRICT COURT

# DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA02-334-S** **September 15, 2005**

**TITLE: LINDA LALONDE V. TEXTRON, INC., ET AL**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**IN COURT: 1:53 p.m. - 4:14 p.m.**

---

**COUNSEL PRESENT:** **Plaintiff - David J. Strachman, Esquire**
**Lee Squitieri, Esquire**
**Defendant - Aric H. Wu, Mitchell Karlan, Esquire**
**Paul Curcio, John Tarantino, Esquire**

**RE: Defendant's Motion for Summary Judgment/Plaintiff's Motion for Class Certification**

**Proceedings: All counsel of record present; Arguments heard; Court will take the matter under advisement and render a decision within a few months.**