# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

# ***NOTICE***

***LINDA LALONDE***

***v.*** ***CA02-334S***

***TEXTRON, INC., et al.***

***MICHELLE SIMON-GRECH***

***v.*** ***CA02-491S***

***TEXTRON, INC., et al.***

***PLEASE TAKE NOTICE THAT THE PROCEEDING LISTED BELOW HAS BEEN SCHEDULED IN THE ABOVE ENTITLED CASE BEFORE U.S. DISTRICT COURT MAGISTRATE JUDGE LINCOLN D. ALMOND***

***TYPE OF PROCEEDING:***

Plaintiffs' Motion to Amend Discovery Schedule and to Compel Production of Documents

***PLACE:*** ***U.S. District Court***
***Courtroom A - Room 224***
***John O. Pastore Federal Building***
***Two Exchange Terrace***
***Providence, RI 02903***

***DATE:*** ***OCTOBER 7, 2005***
***TIME:*** ***10:00 A.M.***

***David A. DiMarzio, Clerk of Court***

Jeannine Theall

Jeannine Theall
Deputy Clerk
Date: September 27, 2005

**NOTICE SENT TO:** **CAVANAGH, CURCIO, DITTMAR, FLECKNER, NELSON, STRACHMAN**

N.B. COUNSEL ARE DIRECTED TO NOTIFY THE CLERK'S OFFICE AT 752-7217 IF THE NAME OF COUNSEL FOR ANY PARTY IS OMITTED FROM THIS NOTICE.