UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LINDA LALONDE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>TEXTRON, INC., TEXTRON SAVINGS PLAN, TEXTRON SAVINGS PLAN COMMITTEE, JOHN DOES 1-10,<br><br>Defendants. | C.A. No. 02-334S |
| MICHELLE A. SIMON-GRECH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>TEXTRON, INC., TEXTRON SAVINGS PLAN, TEXTRON SAVINGS PLAN COMMITTEE, JOHN DOES 1-10,<br><br>Defendants. | C.A. No. 02-491S |

**DECLARATION OF DAVID STRACHMAN IN SUPPORT OF APPEAL TO THE DISTRICT COURT OF MAGISTRATE ALMOND'S OCTOBER 12, 2005 ORDER**

David Strachman hereby declares under penalty of perjury pursuant to 28 U.S.C. 1746 as follows:

1. I am a member of the firm of McIntyre, Tate, Lynch & Holt. This firm has served as local counsel for the firm of Squitieri & Fearon, LLP, the plaintiffs' counsel with primary responsibility for litigation of this action.

2. I am submitting this declaration for the purpose of explaining the circumstances surrounding the original filing of "Plaintiffs' Motion And Memorandum Of Law To (1) Amend Discovery Schedule; And (2) To Compel Production Of Documents (the "Original Motion"). I am making this declaration upon information and belief after investigating the facts and circumstances of the filing of the Original Motion.

3. The office of Squitieri & Fearon, LLP transmitted the Original Motion to us for filing on June 9, 2005. While the Original Motion was timely filed within the time allotted under the Pretrial Order, it was not served upon defense counsel.

4. This office filed the motion with the Clerk of the Court. The Original Motion was not filed with a certificate of service or any other evidence of service. The Original Motion was accepted for filing despite this omission.

5. Because the Original Motion was accepted for filing and never thereafter rejected or returned, my office did not become aware of the failure of personal service upon defense counsel.

6. I am the only person in this office who has been handling this case and because I was out of town on and around the date of the filing of the Original Motion, I did not have the opportunity to check that all service procedures were followed.

Dated: November 15, 2005

DAVID STRACHMAN