UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA L. LALONDE, individually and on behalf of all others similarly situated | : | |
| v. | : | C.A. No. 02-334S |
| TEXTRON INC., TEXTRON SAVINGS PLAN COMMITTEE, AND JOHN DOES 1-10 | : | |
| MACHELLE SIMON-GRECH, individually and on behalf of all others similarly situated | : | |
| v. | : | C.A. No. 02-491S |
| TEXTRON INC., TEXTRON SAVINGS PLAN COMMITTEE, AND JOHN DOES 1-10 | : | |

**DECLARATION OF ARIC H. WU**

ARIC H. WU, pursuant to 28 U.S.C. § 1746, hereby declares:

1. I am an associate in the law firm of Gibson, Dunn & Crutcher LLP, counsel to defendant Textron Inc. I respectfully submit this declaration in opposition to plaintiffs' appeal of Magistrate Judge Almond's October 12, 2005 Order.

2. I attended the scheduling conference in this action on November 2, 2004. At the conference, the Court and the parties specifically discussed and agreed that this case and the *Rosen v. Textron Inc.* securities action should proceed on separate tracks. The Court and the parties also discussed the limitations on discovery in this case. In the Proposed Discovery Plan that the parties had submitted to the Court in advance of the conference, plaintiffs stated that "there will be approximately 20 witnesses from whom plaintiffs will seek testimony." Defendant stated that "plaintiffs should be required to demonstrate a specific need for depositions beyond the limit [of 10 depositions] set forth in Rule 30(a)(2)(A)." After discussing the matter with the

parties, the Court agreed that the deposition limit in this case should remain at 10 depositions per Rule 30(a)(2)(A) of the Federal Rules of Civil Procedure. The depositions in the *Rosen* action were not the reason the deposition limit in this case remained at 10 depositions.

3. On October 3, 2005, I had a phone conversation with Lee Squitieri, counsel for plaintiffs. During that phone call, I asked Mr. Squitieri if he was aware that the *Rosen* plaintiffs had taken a Rule 30(b)(6) deposition of a Textron representative. Mr. Squitieri stated that he was not aware of the deposition in the *Rosen* action.

I hereby declare under the penalty of perjury that the foregoing is true and correct.

Executed on November 22, 2005.

Aric H. Wu