UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LINDA LALONDE, ET AL | : | |
| | : | |
| v. | : | C.A. No. 02-334S |
| | : | |
| TEXTRON INC., ET AL | : | |

**ENTRY OF APPEARANCE**

Kristen W. Sherman hereby enters her appearance on behalf of the Defendants Textron Inc. and Textron Savings in connection with the above-referenced matter.

DEFENDANTS TEXTRON INC. AND
TEXTRON SAVINGS
By their attorneys,

[signature]

KRISTEN W. SHERMAN, #5595
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604
Dated: 1/18/06

**CERTIFICATE OF SERVICE**

I certify that on the 18th day of January, 2006, a true copy of the within was served by regular mail, postage prepaid, upon the following attorneys of record:

David J. Strachman, Esq.
McIntyre, Tate, Lynch & Holt
321 South Main Street – Suite 400
Providence, RI 02903

Lee Squitieri, Esq.
Squitieri & Fearon, LLP
32 East 57th Street, 12th Floor
New York, NY 10022

Charles J. Piven, Esq.
The World Trade Center
401 East Pratt Street – Suite 2525
Baltimore, MD 21202

Kenneth A. Wexler, Esq.
Kenneth A. Wexler & Associates
One North LaSalle Street
Chicago, IL 60602

Joe R. Whatley, Jr., Esq.
Whatley Drake LLC
2323 2nd Avenue North
Birmingham, AL 35203

Shelley L. Zimmerman

*246641_1.doc*