AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

LINDA LALONDE, ET AL.

V.

TEXTRON, INC., AND TEXTRON SAVINGS PLAN COMMITTEE

## JUDGMENT IN A CIVIL CASE

Case Number: C.A. NO. 02-334S

**Jury Verdict.**

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANTS, TEXTRON, INC., AND TEXTRON SAVINGS PLAN COMMITTEE, AGAINST PLAINTIFFS, LINDA LALONDE AND MICHELLE A. SIMON-GRECH, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, PURSUANT TO THIS COURT'S DECISION AND ORDER DATED MARCH 1, 2006 DENYING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT.**

March 1, 2006
Date

Clerk

ALBA-SUE MERCURIO
(By) Deputy Clerk