UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LINDA LALONDE, et al.<br><br>Plaintiff,<br><br>-against-<br><br>TEXTRON, INC., TEXTRON SAVINGS PLAN COMMITTEE, et al.<br><br>Defendants. | C.A. No. 02-334-S |

**PLAINTIFF'S NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Linda LaLonde, hereby appeals to the United States Court of Appeals for the First Circuit from the Judgment, Decision and Order granting defendants' motions for summary judgment and denying plaintiff's motion for class certification entered on March 1, 2006 and the Decision and Order denying the appeal of Magistrate Judge Almond's October 12, 2005 Order entered February 10, 2005.

Pursuant to Federal Rules of Appellate Procedure Rule 4, plaintiff is timely filing this appeal.

Dated: March 27, 2006

David J. Strachman (#4404)
McINTYRE, TATE, LYNCH & HOLT, LLP
Suite 400
321 South Main Street
Providence, Rhode Island 02903
Tel: 401-351-7700
Fax: 401-331-6095

SQUITIERI & FEARON, LLP
Lee Squitieri
32 East 57th Street, 12th Floor
New York, New York 10022
Tel: 212-421-6492

LAW OFFICES OF CHARLES J. PIVEN
P.A.
Charles J. Piven, Esq.
The World Trade Center
401 East Pratt Street - Suite 2525
Baltimore, Maryland 21202
Tel: 410-332-0030

Joe R. Whatley, Jr., Esq.
WHATLEY DRAKE LLC
2323 2nd Avenue North
Birmingham, Alabama 35203
Tel: 205-328-9576

Kenneth A. Wexler, Esq.
THE WEXLER FIRM
One North LaSalle Street
Chicago, Illinois 60602
Tel: 312-346-2022

Counsel for Plaintiffs and the Class

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of March 2006, I caused true and correct copies of the foregoing NOTICE OF APPEAL to be served upon defense counsel listed below via First Class Mail, postage prepaid:

John A. Tarantino, Esq.
Paul V. Curcio, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903

William J. Kilberg, Esq.
Gibson Dunn & Crutcher, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036

Karl G. Nelson, Esq.
Gibson Dunn & Crutcher, LLP
2100 McKinney Avenue
Suite 1100
Dallas, Texas 75201

Aric H. Wu, Esquire
Mitchell A. Karlan
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193

~~Lee Squitieri~~ David Slarskey