# United States Court of Appeals
## For the First Circuit

02- 00334
Rhode Island
W. Smith

No. 06-1546

MACHELLE A. SIMON-GRECH, individually and on behalf of all others similarly situated

Plaintiff

LINDA LALONDE, individually and on behalf of all others similarly situated

Plaintiff - Appellant

v.

TEXTRON, INC.; TEXTRON SAVINGS PLAN; TEXTRON SAVINGS PLAN COMMITTEE

Defendants - Appellees

PUTNAM FIDUCIARY TRUST COMPANY; JOHN DOES 1-10

Defendants

---

**JUDGMENT**

Entered: October 31, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of the parties' joint motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

By______________________
Operations Manager

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

Jennifer Zalardo

**Deputy Clerk**

**Date:** 10.31.06

[cc: David J. Strachman, Esq., G. Douglas Jones, Esq., Joe R. Whatley, Jr. Esq., Paul V. Curcio, Esq., John A Taratino, Esq., Kristen W. Sherman, Esq., Karl G. Nelson, Esq., Aric H. Wu, Esq., Mitchell A. Karlan, Esq., William J. Kilberg, Esq., Charles J. Piven, Esq., Lee Squitieri, Esq., Kenneth A. Wexler, Esq.]